**Order entered June 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00174-CV

### IN THE INTEREST OF A.B.P., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-17269**

### ORDER

The reporter's record in this appeal is past due. By postcard dated April 6, 2022, we notified Latoya Young, Official Court Reporter for the 255th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, Ms. Young has failed to comply with the Court's order.

Accordingly, we **ORDER** LaToya Young to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and has not been found entitled

to proceed without payment of costs. *We notify appellant that if we receive verification he has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record and is not entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Kim Cooks
Presiding Judge
255th Judicial District Court

LaToya Young
Official Court Reporter
255th Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE